To: Ruby J. Krajick (Clerk of Court)      Plaintiff: James Patrick Flynn III, AN9064/D5-135
    The U.S. Dist. Court                              : Pro Se Case #: 1:14-cv-00172-UA
    Southern Dist. of New York (Foley Square)    Re: Children Sold For Medical Experimentation
    April 05, 2014                                : Trust Fund Compensation & Civil Action

To the Honorable Judge of the U.S. Dist. Court:

1. I sincerely thank this court for its timely decision, and request (6) Rulings on the following:
2. 1. Jury Demand: Marked ☒ Yes  : pg. 1 of complaint
3.    : Fact #17, line #20 "Trial by Jury"
4.    : V. Relief : last line "Seek a Jury"
5. 2. Emergency Court Order for Deposition of two Surviving Witnesses:
6.   A. Reasons: 1) Age; 2) Health; 3) Location; 4) 28 U.S.C. §1915 (?)
7. Witness #1. Dr. Cohen, Sylmar Medical Center, 14124 Foothill Blvd., Ste.100; Sylmar, CA 91342
8.   Facts: a) Family Doctor; b) Currently retired in Arizona; c) approx. Age 75 years;
9.   : d) Read "Original Copy" of Medical Records; e) Can expose Forgeries of "Second Copy" Med. Records;
10.   : f) The reading of Original Medical Records had a profound effect in that Dr. Cohen's Vacation with his
11.   : wife was ruined, and upon his return he would not see me, nor speak to me, nor would he be my Doctor...
12. Witness #2. Rose von Boxtel (Rose Anne Flynn, Rose Anne DeCanto), Phone (203) 803-0445
13.   Contact: Barbara Peterson, 5711 Columbia Way, #228, Lancaster, CA 93536
14.   Facts: a) Mother b) Can confirm Medical Facts, Husband's Union Employment at Hospital, etc.
15.   c) Has my Death Certificate; d) Under Oath and Penalty of Perjury...
16. 3. Amend V. Relief: Court Order for Defendants to pay for Plaintiff's Court & Trial Fees (28 U.S.C. §1915).
17. 4. Amend V. Relief: Court Order for Defendants to pay for Plaintiff's Attorney Fees (28 U.S.C. §1915).
18. 5. Court Order Request for Law Firm Representation:
19.   A. Reasons: 1) Brain Damage; 2) Mental Capacity (PTSD); 3) Location Diversity
20.   1. To satisfy all Rules of the Court;
21.   2. At Your Honor's discretion, a Law Firm with offices in New York & California;
22.   3. To offset Defendants Multi-Billion Dollar capabilities, etc.
23. 6. Court Order Request for competent Investigative Historian/Information Retrieval Expert:
24.   A. New York City News & Media Sources (Power of Court's Subpoena);
25.   B. To expose why Defendants did what they did to an innocent child
26.   C. For possible resolution of the Trust Dispute before this Court. I thank Your Honor!
27. I declare under penalty of perjury that the foregoing is true and correct.
28. Signed this 06th Day of April, 2014.

               Signature of Plaintiff: James P. Fly, AN9064/D5-135
               CSATF, P.O. Box 5242; Corcoran, CA 93212

APR 10 2014
PRO SE OFFICE

CSATF/STATE PRISON AT CORCORAN
P.O. Box 5242
CORCORAN, CA 93212

NAME James Patrick Flynn III
NUMBER AN9064
HOUSING D5-135
CASE # 1:14-cv-00172-UA
Request for help

**STATE PRISON**
**GENERATED MAIL /LEGAL**

Attn: Ruby J. Krajick (Clerk of Court)
Pro Se Intake Unit (Clerk)
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007