**MANDATE**

S.D.N.Y.-N.Y.C.
14-cv-172
Preska, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of December, two thousand fourteen.

Present:

    Ralph K. Winter,
    Barrington D. Parker,
    Raymond J. Lohier, Jr.,
        *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: March 17, 2015

James Patrick Flynn, III,

        *Plaintiff-Appellant*,

v.            14-3384

Montefiore Medical Center, Children's Hospital, *et al.*,

        *Defendants-Appellees*.

Appellant, pro se, moves for appointment of counsel and leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-GRC

**MANDATE ISSUED ON 03/17/2015**